SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
cm@SoCalEAG.com

Attorneys for Plaintiff,
ALVARO OROSCO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO OROSCO,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID MARCUS D/B/A VENTURA ANTIQUE MARKET; CHARLES P. KOERNER, AS TRUSTEE OF THE CHARLES AND LORI KOERNER JOINT TRUST; and DOES 1 to 10,<br><br>Defendants. | Case No.: 2:24-cv-03985-WLH (JCx)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff ALVARO OROSCO ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: August 9, 2024                    SO. CAL EQUAL ACCESS GROUP

                                                                     */s/ Jason J. Kim*
                                                         JASON J. KIM
                                                         Attorney for Plaintiff